**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:21-cv-21425-JLK

MIGUEL RAMOS,

    Plaintiff,

vs.

COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC,
a Foreign Limited Liability Company,

    Defendant.
_____/

**JOINT STIPULATION TO STAY PROCEEDINGS**
**PENDING ARBITRATION OF PLAINTIFF'S CLAIMS**

    Plaintiff MIGUEL RAMOS ("Plaintiff") and Defendant COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC ("Defendant"), pursuant to 9 U.S.C. § 3, hereby stipulate to a stay of the subject litigation pending arbitration and request that the Court stay this action pending the outcome of the arbitration.  Plaintiff and Defendant agree that they are parties to a written arbitration agreement, which contains a clause that provides that all disputes relating to Plaintiff's employment shall be submitted to arbitration.  Plaintiff and Defendant further agree that Defendant shall have no obligation to answer, move, or otherwise respond to Plaintiff's Complaint in this action and that all Defendant's defenses are specifically preserved for arbitration.

[SPACE INTENTIONALLY LEFT BLANK]

WHEREFORE, the parties respectfully request the Court stay the case pending the outcome of arbitration.

| | |
|---|---|
| **PEREGONZA THE ATTORNEYS, PLLC** | **KABAT CHAPMAN & OZMER LLP** |
| 1414 NW 107th Ave, | 17th Street NW |
| Suite 302 | Suite 1550 |
| Doral, FL 33172 | Atlanta, Georgia 30363 |
| Tel. (786) 650-0202 | Tel.: (404) 400-7300 |
| Fax. (786) 650-0200 | Fax: (404) 400-7333 |
| | |
| By: /s/Nathaly Saavedra | By: /s/ Nathan D. Chapman |
| Nathaly Saavedra, Esq. | Nathan D. Chapman, Esq. |
| Fla. Bar No. 118315 | Fla. Bar. No. 028873 |
| Email: nathaly@peregonza.com | Email: nchapman@kcozlaw.com |